# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>THOMAS T. KONTOGIANNIS,<br><br>                    Defendant. | CASE NO. 07CR0423-LAB<br><br>**ORDER GRANTING IN PART/ DENYING IN PART THE GOVERNMENT'S *EX PARTE* MOTION FOR CONTINUED SEALING OF TRANSCRIPTS** |

The Court has considered the government's *ex parte* motion and supporting declarations to continue the sealing of the transcripts of proceedings in this case. The Court has also reviewed the transcripts of proceedings on February 21, 2007, February 22, 2007, February 23, 2007, and April 24, 2007, as well as the government's suggested redactions of portions of those transcripts.  The government's motion is **GRANTED IN PART** and **DENIED IN PART.**

The government's motion to continue the sealing of the transcripts of proceedings is **DENIED**.  Additionally, the government's motion to redact portions of the transcripts of proceedings on February 21, 22 and 23, 2007 is **DENIED**.  The government's motion to redact portions of the transcript of proceedings on April 24, 2007 is **GRANTED IN PART**.

Beginning at page 13, line 25, and continuing to page 17, line 25, inclusive, the transcript shall be reacted to omit those portions entirely.  The Court finds no other

redactions to the transcript of April 24, 2007 are warranted as the government has failed to show a continuing compelling need to maintain the secrecy of the judicial proceedings in question.

Absent a stay issued by this Court, or by the Court of Appeals, this order takes effect and the materials will be unsealed on ***June 26, 2007 at noon***.

**IT IS SO ORDERED**.

DATED: June 22, 2007

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge