# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br>THOMAS KONTOGIANNIS,<br><br>                              Defendant. | CASE NO. 07CR0423-LAB<br><br>ORDER UNSEALING TRANSCRIPTS |

Pursuant to the August 21, 2007 order of the Ninth Circuit Court of Appeals, the Court orders the unsealing and public release of the unredacted portions of the transcripts of the proceedings in this case on February 21, 22 and 23, 2007 and April 24, 2007.

**IT IS SO ORDERED**.

DATED: 8/28/07

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge