UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-423-LAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER AUTHORIZING GOVERNMENT |
| v. | ) | TO DISCLOSE GRAND JURY MATTER |
| | ) | |
| THOMAS KONTOGIANNIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court upon the *ex parte* motion of the United States for (1) authorization to disclose grand jury matter in the government's Sentencing Memorandum. After considering the motion and the file in this case, the court finds good cause for the relief requested, and

IT IS HEREBY ORDERED that the motion is granted. The attorneys for the government are authorized to disclose in its Sentencing Memorandum all grand jury matter that the government deems necessary for the Court's sentencing consideration.. The term "grand jury matter," as used in this order, means (1) transcripts of testimony before the grand jury, and (2) documents or objects marked as grand jury exhibits.

IT IS SO ORDERED.

DATED: 11/28/07.

LARRY A. BURNS
United States District Judge

Copy to:
All Counsel